IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| MARK MUNSON | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2:14-cv-1014-LRR |
| | ) |
| EAST CENTRAL INTERGOVERNMETNAL ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

By _____
Jason D. Lehman
Lehman Legal, PLC
800 White Street, Suite 100
Dubuque, IA 52001
Phone: 563-845-7199
Fax: 563-845-7198
Email: jason@lehmanlegal.com
ATTORNEY FOR PLAINTIFF.

By _____
Jeffrey L. Walters
Clemens, Walters, Conlon & Meyer, L.L.P.
2080 Southpark Court
Dubuque, IA 52003
Phone: 563-582-2926
Fax: 563-582-2998
Email: jwalters@cwcmlaw.com
ATTORNEY FOR DEFENDANT.